JS-6

ANDERS LEGAL, PC
Brian Anders (SBN 300554)
BRIAN@ANDERSLEGALPC.COM
1675 MAIN STREET, FIRST FLOOR
ORANGE, CA 92867
Telephone: 949-666-9547

CAYTON LEGAL, PC
Jonathan Cayton (SBN 303877)
JCAYTON@CAYTONLEGAL.COM
200 E CHAPMAN AVE. SUITE 203
ORANGE, CA 92866
Telephone: 949-287-8735

Attorneys for Plaintiff E & S TOWING
ENTERPRISES, INC. dba STEVES
TOWING

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| E&S TOWING ENTERPRISES, INC., | Case No. CV 24-8938-GW-AYPx |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | Complaint Filed: 10-16-2024 First Amended: 2-12-2025 Trial Date: 10-6-2026 |
| CITY OF RIALTO, a municipality, MARK KLING, an individual, MICHEAL G. MILHISER, an individual, TANYA WILLIAMS, an individual, ERIC VAIL, an individual, DEBORAH ROBERTSON, an individual, ANDY CARRIVALES, an individual, ED SCOTT, an individual, RAFAEL TRUJILLO, an individual, JOE BACA, an individual, TIMOTHY SUN, an individual, BARBARA MCGEE, an individual, EDWARD CARILLO, an individual, SHANITA SIMMONS, an individual, DAMIEL CASEY, an individual, and DOES 1 through 100, inclusive, | |
| Defendants. | |

///

4910-5694-8410 v1

1

**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED:

> 1) Plaintiff's First through Eighth Claims are dismissed with prejudice as to all Defendants, with each party to bear its own attorneys' fees and costs as provided in the parties' Stipulation;

> 2) Plaintiff's Ninth Cause of Action for violation of the California Public Records Act is dismissed without prejudice as to all Defendants;

> 3) Except as otherwise provided in the parties' Stipulation regarding attorneys' fees and costs, each party shall bear its own attorneys' fees and costs with respect to the dismissed claims; and

> 4) There being no remaining claims pending before this Court, this action is dismissed, and the Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: July 2, 2026

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

4910-5694-8410 v1

2
**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**